UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EMMETT MADISON GRAHAM, JR.,
    Plaintiff,

        v.                                    CIVIL ACTION NO.
                                              08-40208-MBB

CAROLYN A. SABOL, et al.,
    Defendants.

## PROCEDURAL ORDER

**December 21, 2010**

**BOWLER, U.S.M.J.**

The deadline for the close of fact discovery has passed.  On
August 11, 2010, this court issued rulings on a summary judgment
motion filed by respondent Carolyn A. Sabol (Docket Entry # 11)
("Sabol") and a summary judgment motion filed by defendants
Harley Lappin and the United States ("United States").[1]  (Docket
Entry ## 11 & 41).

The August 11, 2010 Memorandum and Order also stated that
this suit will proceed as an action under Bivens v. Six Unknown
Named Agents of the Federal Bureau of Narcotics, 403 U.S. 388
(1971).  Because this action is no longer proceeding as a
petition for writ of habeas corpus under 28 U.S.C. § 2241, the
parties are properly referred to as plaintiff and defendants

---

[1]    In the August 11, 2010 Memorandum and Order, this court
allowed a substitution of Jeff Grondolsky for Sabol and dismissed
the United States and the Federal Bureau of Prisons as parties.

rather than as petitioner and respondents.

The November 29, 2010 deadline to file any additional dispositive motion has also passed.  There shall be no extension of this expired dispositive motion deadline given the ample opportunity to file an additional dispositve motion and the need to proceed to trial in this 2008 case.

## CONCLUSION

The parties are therefore ordered to appear for a status conference on January 25, 2011, at 2:30 p.m. to set dates for a final pretrial conference and trial.

    /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge