UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EMMETT MADISON GRAHAM, JR.,
    Petitioner,

       v.                            CIVIL ACTION NO.
                                      08-40208-MBB

JEFF GRONDOLSKY, et al.,
    Respondents.

**PROCEDURAL ORDER RE:
DEFENDANTS' MOTION TO DISMISS BIVENS COMPLAINT,
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT
(DOCKET ENTRY # 87)**

**December 8, 2011**

**BOWLER, U.S.M.J.**

    Pending before this court is the above styled motion to dismiss or, in the alternative, for summary judgment. (Docket Entry # 87). The supporting memorandum attaches various exhibits. The purpose of this Procedural Order is to provide the parties notice that this court will treat the motion as one for summary judgment. The parties are afforded up to and including December 28, 2011, to file additional exhibits. See Rule 12(d), Fed. R. Civ. P.

                                          /s/ Marianne B. Bowler
                                          **MARIANNE B. BOWLER**
                                          United States Magistrate Judge